

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00387-CR

**EX PARTE** Franklin Jose **VELASQUEZ MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: January 11, 2023

DISMISSED

On December 30, 2022, appellant filed a motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH